IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| MARIO REGINALD ROGERS, | ) | |
| | ) | |
| Petitioner, pro se, | ) | **O-R-D-E-R** |
| | ) | |
| v. | ) | 1:08CV881 |
| | ) | 1:06CR120-1 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

On July 27, 2010, in accordance with 28 U.S.C. § 636(b), the Recommendation of the United States Magistrate Judge was filed, and notice was served on the parties in this action, and a copy was given to the court.

Within the time limitation set forth in the statute, Petitioner objected to the Recommendation.

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report. The court hereby adopts the Magistrate Judge's Recommendation.

**IT IS HEREBY ORDERED** that Petitioner's motion to vacate, set aside or correct sentence (docket no. 41), as supplemented (docket no 54), be **DENIED** and that this action be dismissed. A Judgment dismissing this action will be entered contemporaneously with this Order. Finding no substantial issue for appeal

concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is not issued.

                                           _____
                                           United States District Judge

September 15, 2010